# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2014

Robert P. Young, Jr.,
Chief Justice

147437(70)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

FREDERICK LAWRENCE CUNNINGAM,
       Defendant-Appellant.
_____/

SC: 147437
COA: 309277
Allegan CC: 11-017200-FH

On order of the Chief Justice, the motion of defendant-appellant to file supplemental authority after oral argument is GRANTED. The supplemental authority submitted on April 9. 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2014
_____